**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOATMAN, | No. C 06-5234 SI (pr) |
| Petitioner, | **ORDER DENYING PAUPER APPLICATION** |
| v. | |
| Governor SCHWARZENEGGER, | |
| Respondent. | |

Petitioner's application to proceed <u>in forma pauperis</u> on appeal is DENIED for failure to provide the information required by Federal Rule of Appellate Procedure 24(a)(1)(A). (Docket # 9.) Specifically, Rule 24(a)(1)(A) requires an applicant to show his inability to pay in the detail prescribed by Form 4, and Form 4 requires that an inmate-applicant attach a certified inmate trust account statement for the last six months. The required document was not attached to petitioner's application.

This denial is without prejudice to him filing an application in the Ninth Circuit Court of Appeals to proceed <u>in forma pauperis</u> on appeal. <u>See</u> Fed. R. App. P. 24(a)(5).

IT IS SO ORDERED.

DATED: April 16, 2008

_____
SUSAN ILLSTON
United States District Judge